# COMPLAINT

(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2019 OCT 21 P 3:15
STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Arron Cornelius Bowens

v.

(Full name of defendant(s))

Milwaukee county Jail
and all Parties involved
Et All

Case Number:
19-C-1540
(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   __949 N 9th Street, milwaukee WI 53233__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Milwaukee county Jail__
   (Name)
   is (if a person or private corporation) a citizen of __Wisconsin__

Complaint – 1

(State, if known)

and (if a person) resides at ___949 N 9th street___

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Milwaukee county jail___

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I Arron Bowens is an inmate at Milwaukee county jail in Milwaukee, wisconsin. During the early morning on September 22, 2019 a inmate threatened to kill me in front of C.O. Howled but he brushed it off and continue to talk to other inmate. Three minutes the inmate was choking me while I was sitting on the couch. C.O Howled didn't call for back up/help until we began a full fledge fight. Other inmates and my self complained to C.O. Howled and C.O. Oliaz about the inmate not being fit for general population that something was mentally wrong with him. They

Complaint – 2

Ignored it. We also complained to C.O. Honzik the night before on September 21, 2019. Long story short C.O. Howled watch the inmate assault me while he sat back and watched and fail to do his proper duties of making sure all inmates are safe and secure and out of physical harm. I'm seeking damages for Howled ignoring the threat of injury, pain and suffering, cruel and unusal punishment and compensation for my injuries.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

- To change the way they handle altercations,
- monetary damages in the amount of $500,000.00 for emotional, physical and mental distress and my injuries
- That all staff should follow proper policies and procedures

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES            ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___17___ day of __October__ 20_19_.

Respectfully Submitted,

_Arron Barrens_
Signature of Plaintiff

___2017031347___
Plaintiff's Prisoner ID Number

___949 N 9th Street milwaukee WI___

___53233___
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.