# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

STEPHEN C. DRIES
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
www.wied.uscourts.gov

October 22, 2019

Arron Cornelius Bowens
2017031347
Milwaukee County Jail
949 North 9th Street
Milwaukee, WI 53233

Re: **Bowens v. Milwaukee County Jail, et al.**
**Case No. 19-CV-1540**

Dear Mr. Bowens:

The Clerk's Office received your civil rights complaint for filing on October 21, 2019.

This case has been assigned to U.S. District Judge J. P. Stadtmueller and U.S. Magistrate Judge William E. Duffin. Enclosed is a magistrate judge jurisdiction form for your review. Please complete and file it with the Clerk's Office **within 21 days of the date of this letter**.

The court also received your Request to Proceed in District Court Without Prepaying the Full Filing Fee. In accordance with provisions of the Prison Litigation Reform Act, you are required to submit a certified copy of your institutional trust account statement for the past six months. The statement should show all transactions, including deposits, withdrawals, and balances. If you've been incarcerated in more than one institution during the past six months, please provide statements from all institutions. If you have not been incarcerated for a period of six months, please inform the Court in writing. You **must** submit your certified institutional trust account statement **within 21 days of the date of this letter**.

Failure to comply with this requirement may result in the Court's dismissal of your case.

Very truly yours,

STEPHEN C. DRIES
Clerk of Court

s/Amanda Chasteen
Deputy Clerk

Enclosure