UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ARRON CORNELIUS BOWENS,

        Plaintiff,

        v.                       Case No. 19-CV-1540

BILLY HOWLED,

        Defendant.

## ORDER

Plaintiff Arron Cornelius Bowens has filed a motion to amend the complaint by adding Milwaukee County and Milwaukee County Sheriff Ernell Lucas as defendants. ECF No. 36. Plaintiff is advised that, under the court's Local Rules, he must file a comprehensive, proposed amended complaint along with any motion to amend the complaint.

(a) Any amendment to a pleading, whether filed as a matter of course or upon a motion to amend, must reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference.

(b) A motion to amend a pleading must state specifically what changes are sought by the proposed amendments. The proposed amended pleading must be filed as an attachment to the motion to amend.

Civil L.R. 15(a), (b) (E.D. Wis.). Plaintiff did not file a proposed amended complaint along with his motion and, for this reason, his motion will be denied. The court will give consideration to a renewed motion to amend that complies with the court's Local Rules.

Defendant has filed a motion to stay and amend the scheduling order until after the court rules on Plaintiff's motion to amend. ECF No. 37. Because this order addresses Plaintiff's motion to amend, the court will deny as moot Defendant's motion.

**THEREFORE, IT IS ORDERED** that Plaintiff's motion to amend the complaint (ECF No. 36) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's motion to stay and amend the scheduling order (ECF No. 37) is **DENIED AS MOOT**.

Dated at Green Bay, Wisconsin this 22nd day of July, 2020.

s/ William C. Griesbach
William C. Griesbach
United States District Judge